FARMER, Appellant, v. SWEET, Respondent. (Supreme Court, Appellate Division, Sec-

# 1106

ond Department. July 24, 1903.) Action by Frances E. Farmer against Josephine M. Sweet. No opinion. Judgment affirmed, with costs.